# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Joshua Wayne Redzinak,[1]

    Petitioner,

v.

Attorney General of the State of Arizona, et al.,

    Respondents.

No. CV-19-00567-TUC-SHR

**ORDER**

On December 28, 2020, Magistrate Judge Lynette C. Kimmins issued a Report and Recommendation ("R&R") in which she recommended the Court dismiss Petitioner Joshua Redzinak's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition"). (Doc. 15)  The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections.  No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard."

---

[1] On December 15, 2020, Petitioner filed a notice that she is a transgender woman using the name Jayme Elliott Patton and female pronouns. (Doc. 14.) Because Petitioner does not state that her name has been legally changed, the Court cannot alter the caption on the case. However, the Court uses her preferred pronouns throughout this document.

*Thomas*, 474 U.S. at 154.

The Court has reviewed the Petition (Doc. 1), the Respondent's Answer (Doc. 11), Petitioner's Reply (Doc. 12), and Judge Kimmins's R&R (Doc. 15). The Court finds the R&R well-reasoned and agrees with Judge Kimmins's conclusions.

**IT IS ORDERED** the R&R (Doc. 15) is **ADOPTED** and Plaintiff's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DENIED** and **DISMISSED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 22nd day of January, 2021.

Honorable Scott H. Rash
United States District Judge